| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 10-16-20 |
| BYRON BREEZE, JR., *an individual*,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　　　v.<br><br>JAMES KNOWLES & COMPANY, LLC, *a New York limited liability company doing business as* ROGER SMITH HOTEL,<br><br>　　　　　　　　　Defendant. | 20-CV-7891 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

According to the joint letter submitted by the parties on October 15, 2020, this action has been settled and the parties are in the process of drafting and exchanging a settlement agreement. Dkt. 8. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within forty-five (45) days. Any application to reopen this action must be filed within forty-five (45) days of this order, and any application filed thereafter may be denied solely on that basis. If the parties seek to have the Court retain jurisdiction to enforce a settlement agreement, the terms of the agreement must be placed on the public record and "so ordered" by the Court within the same forty-five day period. *See Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015).

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:   October 16, 2020
         New York, New York

_____
RONNIE ABRAMS
United States District Judge